No. 1029. BLACK *v.* UNITED STATES. (Certiorari denied, *ante,* p. 927.)

The Court desires a response from the Government in this case, not limited to, but directed in particular toward the kind of apparatus used by the Government; the person or persons who authorized its installation; the statute or Executive Order relied upon; the date or dates of installation; whether there is in existence a recording of conversations heard; when the information concerning petitioner came into the hands of any attorney for the Government and to which ones, as well as what use was made of the information in the case against petitioner.

MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this order.

Memorandum for the United States filed by *Solicitor General Marshall.*

No. 1261. SULLINS *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. Motion of National Health Federation for leave to file a brief, as *amicus curiae,* granted. Motion of American Natural Hygiene Society, Inc., for leave to file a brief, as *amicus curiae,* granted. *Kirkpatrick W. Dilling* for National Health Federation and *John Alvin Croghan* for American Natural Hygiene Society, Inc.

No. 1542, Misc. JULIANO *v.* OHIO ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 1646, Misc. PAIT *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied.

No. 1664, Misc. BOYD *v.* CALIFORNIA ET AL.; and
No. 1684, Misc. MLECZKO *v.* MANCUSI, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.